Lackner vs. Turnbull.

in strictness, the amendment which was made in this case did change the cause of action. It only changed the remedy. The judgment which was rendered became a lien upon the building and upon the interest of the defendant in the premises upon which the building was situated, from the time when the materials were furnished and the labor was performed, according to the provisions of chapter one hundred and twenty of the revised statutes, and the acts amendatory thereof, while, if the amendment had not been made the judgment would only have been a lien upon the real estate which the debtor had at the time of its rendition, and which he might afterwards acquire. But the "cause of action," or in other words, the labor performed and materials furnished, were the same whether the plaintiff proceeded under the original or the amended complaint. By amending his complaint, he was enabled to obtain relief which he would not have been entitled to under the original complaint, but the " cause of action " was not changed by the amendment.

Judgment affirmed.

SAME

*vs.*

SAME.

*By the Court,* Whiton, C. J.  In this case the facts are the same as in the preceding case of *Lackner vs. Trumbull,* and the same judgment was rendered. It must therefore be affirmed.